**EVANS v. COWAN**

[345 N.C. 177 (1996)]

GLORIA ANN EVANS v. JUDITH R. COWAN, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS DIRECTOR OF STUDENT HEALTH SERVICES, UNC-CH; BRUCE VUKOSON, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE AFTERHOURS PROGRAM AT STUDENT HEALTH SERVICES, UNC-CH; AND JANE M. HOGAN, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS ASSOCIATE DIRECTOR OF STUDENT HEALTH SERVICES, UNC-CH

No. 213PA96

(Filed 6 December 1996)

Appeal by defendants pursuant to N.C.G.S. § 7A-30(1) from a unanimous decision of the Court of Appeals, 122 N.C. App. 181, 468 S.E.2d 575 (1996), reversing an order granting summary judgment for defendants entered by Stephens (Donald W.), J., on 7 March 1995, in Superior Court, Orange County, and remanding the case to the trial court. Heard in the Supreme Court 13 November 1996.

*McSurely Dorosin & Osment, by Alan McSurely, Mark Dorosin, and Ashley Osment, for plaintiff-appellee.*

*Michael F. Easley, Attorney General, by Thomas J. Ziko, Special Deputy Attorney General, and Celia Grasty Jones, Associate Attorney General, for defendant-appellants.*

PER CURIAM.

AFFIRMED.